Deborah WHITEHORN,
Claimant/Appellant,

v.

STEAK N SHAKE OPERATIONS, INC., Employer/Respondent,

and

Division of Employment Security, Respondent.

No. ED 96159.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 20, 2011.

Kenneth P. Carp, Clayton, MO, for appellant.

Steak N Shake Operations, Inc., Nashville, TN, pro se

Leah B. Williamson, Jefferson City, MO, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

The claimant, Deborah Whitehorn, appeals the decision of the Labor and Industrial Relations Commission disqualifying her from receiving unemployment-compensation benefits on the basis that the employer, Steak N Shake Operations, Inc., discharged her for misconduct connected with her work. We affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The decision of the Commission is affirmed. Rule 84.16(b)(4).